IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
:
v. : CRIMINAL NO. 12-533-06
:
RONALD JOHNSON :
USM #68866-066 :

ORDER

AND NOW this 13th day of August, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 60 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE PETRESE B. TUCKER
Chief United States District Court Judge